# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | Civil Action No. 4:17-CV-101 |
| v. § | |
| § | Judge Mazzant |
| § | |
| ARNOLDO ANTONIO VASQUEZ § | |
| § | |

### ORDER ON REMAND AND FINAL JUDGMENT

On March 28, 2019, the Court entered its "Memorandum Opinion and Order and Findings of Fact and Conclusions of Law" (Dkt. #52) and "Final Judgment" (Dkt. #53), denying the Government's request to revoke the Defendant's citizenship and dismissing the Government's complaint with prejudice. Contending that the Court's prior orders were erroneous, the Government moved the Court to reconsider the same (Dkt. #54). The Government asked the Court to enter judgment in favor of the Government and grant the Government's request to revoke the Defendant's citizenship. On March 2, 2020, the Court denied the Government's motion to reconsider (Dkt. #58).

Thereafter, on April 30, 2020, the Government filed its notice of appeal with the United States Court of Appeals for the Fifth Circuit (Dkt. #59). On June 11, 2021, the Fifth Circuit issued its opinion and judgment. The Fifth Circuit concluded that the Defendant's "certificate of naturalization must be canceled, and the order admitting him as a citizen must be revoked and set aside." *United States v. Vasquez*, No. 20-40332 (5th Cir. June 11, 2021). Accordingly, the Fifth Circuit reversed and vacated this Court's judgment and remanded with instructions to enter judgment consistent with the Fifth Circuit's opinion. On July 26, 2021, the Defendant filed a petition for

rehearing with the Fifth Circuit. The Fifth Circuit subsequently denied the Defendant's petition on August 6, 2021. The mandate issued on August 16, 2021.

In accordance with the Fifth Circuit's instructions, it is hereby

**ORDERED** that the Government's request to revoke the Defendant's citizenship is **GRANTED**. It is further

**ORDERED** the Defendant's certificate of naturalization is **CANCELED**. It is finally

**ORDERED** that the order admitting the Defendant as a citizen of the United States of America is **REVOKED** and **SET ASIDE**.

**IT IS SO ORDERED**.

**SIGNED this 20th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE